**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BEVERLY FOX,

Plaintiff,

v.

NORTHWEST AIRLINES, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 2000 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, NANCY J. MILLER, RICHARD A MILLER, MICHAEL B. BLOOM, MAURICE W. O'BRIEN, JANE DOE 1-25, and JOHN DOE 1-25,

Defendants.

Civil No. 01-1262 (DWF/AJB)

**ORDER OF REFERENCE**

---

Beverly Fox, 6671 Indiatown Road West, PMB 56-228, Jupiter, FL 33458, representing herself as Plaintiff.

Timothy Thornton, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss Complaint (Docket No. 5), is referred to Magistrate Judge Arthur J. Boylan.

Counsel is directed to contact Magistrate Judge Boylan's calendar clerk at 651-848-1210 to schedule this matter.

Dated: October 1, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______