**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Beverly Fox,

Plaintiff,

v.

Northwest Airlines, Inc., International Brotherhood of Teamsters, International Brotherhood of Teamsters, Local 2000, Nancy J. Miller, Richard A. Miller, Michael A. Bloom, Maurice W, O'Brien, Jane Doe # 1–25, and John Doe # 1–25,

Defendants.

Civil No. 01-1262 (DWF/AJB)

**REPORT AND RECOMMENDATION**

Beverly Fox, 6671 W. Indiantown Road, Jupiter, Florida 33458, pro se plaintiff.

Timothy R. Thornton, Esq., and Kevin M. Magnuson, for defendant Northwest Airlines, Inc.

This matter is before the Magistrate Judge, Arthur J. Boylan, 638 U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101, for report and recommendation to the District Court on defendant Northwest Airlines, Inc.'s (NWA) motion to dismiss pursuant to Fed. R. Civ. P. 12 [Docket No. 5] and for sanctions pursuant to Fed. R. Civ. P. 11; and on plaintiff Beverly Fox's motion to dismiss the complaint [Docket No. 9]. The matter is considered on the documents and without hearing on the motions. The case has been referred to the Magistrate Judge for report and recommendation under 28 U.S.C. §636(b)(1).

Plaintiff was formerly a flight attendant employed by NWA. She was terminated in May 1997, based upon NWA's determination that plaintiff had committed fraud in connection

FILED NOV 2 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

with a leave of absence taken because of back and neck injuries suffered on-the-job, and that plaintiff had been dishonest in a company investigation. Plaintiff contested the termination and commenced grievance procedures through the union. The union declined to accommodate an initial request for arbitration, though a subsequent request for arbitration by the plaintiff was pursued, and the union provided representation at a hearing held in September 1999. Plaintiff's termination was upheld in an arbitration decision issued on December 1, 2000.

This action was filed in District Court on July 12, 2001, by the pro se plaintiff. In lieu of answer to the complaint, defendant NWA served and filed a motion to dismiss the complaint for lack of subject matter jurisdiction, alleging preemption by the Railway Labor Act and failure to state a claim upon which relief can be granted. Thereafter, a second action,[1] captioned Petition for Review of the System Board of Adjustment's Award, was filed on September 25, 2001. Plaintiff is represented by counsel in the second case, and the matter has likewise been referred to the Magistrate Judge for report and recommendation on a pending, but unbriefed, motion to dismiss.[2] Defendant NWA served and filed its written argument in support of the motion to dismiss and for sanctions in this case on November 1, 2001. Plaintiff responded by motion to dismiss the complaint in its entirely on November 8, 2001. The United States Marshal was Ordered to serve the complaint as directed by the plaintiff by Order dated July 17, 2001, and the necessary service forms were sent to the plaintiff to be completed and returned

---

[1] Beverly A. Fox v. International Brotherhood of Teamsters, et al., United States District Court, District of Minnesota Civil File No. 01–1734 (DWF/AJB).

[2] The case commenced by the filing of the Petition for Review of the System Board of Adjustment's Award was transferred to United States District Court Judge Donovan W. Frank by Order for Reassignment of Related Cases filed November 8, 2001.

before issuance of summons. However, the forms were not returned to the clerk's office for service by the U.S. Marshal, and no summons have been issued. The record contains no affidavit of service of the complaint upon any defendant named in this suit, and plaintiff's motion to dismiss states that defendant parties had not been served as yet.

Based upon the foregoing discussion and the procedural status of this case, the Magistrate Judge makes the following:

## RECOMMENDATION

It is **hereby recommended** that defendant Northwest Airlines, Inc.'s Rule 12 Motion [Docket No. 5] be **denied**; that plaintiff Beverly Fox's Motion to Dismiss Complaint [Docket No. 9] be **granted**; and that the complaint be **dismissed** in its entirety and with respect to all defendants named in the caption. It is **further recommended** that defendant Northwest Airlines, Inc.'s request for sanctions pursuant to Rule 11 be **denied** without prejudice to defendant's right or ability to move for sanctions in the related action entitled Beverly A. Fox v. International Brotherhood of Teamsters, et al., Civil File No. 01–1734 (DWF/AJB).

Dated: 11/28/01

Arthur J. Boylan
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before December 11, 2001.