**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Beverly Fox,

Plaintiff,

v.

Northwest Airlines, Inc., International Brotherhood of Teamsters, Local 2000 International Brotherhood of Teamsters, Nancy J. Miller, Richard A. Miller, Michael B. Bloom, Maurice W. O'Brien, Jane Doe #1-25, and John Doe #1-25,

Defendants.

Civil No. 01-1262 (DWF/AJB)

**ORDER**

---

Beverly Fox, Pro Se, 6671 Indiatown Road West, PMB 56-228, Jupiter, FL 33458, Plaintiff.

Timothy R. Thornton, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 28, 2001, along with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Northwest Airlines, Inc.'s Rule 12 Motion (Doc. No. 5) is **DENIED**.

2. Plaintiff Beverly Fox's Motion to Dismiss Complaint (Doc. No. 9) is **GRANTED**.

3. The Complaint is **DISMISSED** in its entirety and with respect to all Defendants named in the caption.

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Defendant Northwest Airlines, Inc.'s request for sanctions pursuant to Rule 11 is **DENIED WITHOUT PREJUDICE** to Defendant's right or ability to move for sanctions in the related action Civil File No. 01-1734 (DWF/AJB).

Dated: December 21, 2001

DONOVAN W. FRANK
Judge of United States District Court